UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | | |
|---|---|---|
| TOWN OF WRENTHAM,<br>        Plaintiff/Defendant-In-Counterclaim | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW McEVOY and LEAH McEVOY,<br>        Defendants/Plaintiffs-In-Counterclaim | ) | C.A. No.: |
| | ) | |
| v. | ) | **05 10042 DPW** |
| | ) | |
| JOHN ZIZZA,<br>        Third-Party Defendant | ) | |

## NOTICE OF APPEARANCE

TO:    THE CLERK OF THE COURT
       UNITED STATES DISTRICT COURT
       ONE COURTHOUSE WAY
       BOSTON, MA 02110

Please enter our appearance as counsel of record for the Plaintiff/Defendant-in-Counterclaim

Town of Wrentham and the Third-Party Defendant John Zizza.

Respectfully submitted,
Plaintiff/Defendant-in-Counterclaim,
TOWN OF WRENTHAM,
And Third-Party Defendant,
JOHN ZIZZA,
By their attorneys,
PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III, BBO# 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on _____