UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 18  P 3: 36
U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO. 05-10042 DPW

| | |
|---|---|
| TOWN OF WRENTHAM, <br>     Plaintiff | * <br> * <br> * |
| v. | * <br> * |
| MATTHEW McEVOY and LEAH McEVOY, <br>     Defendants | * <br> * <br> * <br> * |
| and | * <br> * |
| MATTHEW McEVOY and LEAH McEVOY, <br>     Plaintiffs-in-Counterclaim | * <br> * <br> * <br> * |
| v. | * <br> * |
| TOWN OF WRENTHAM and JOHN ZIZZA, <br>     Defendants-in-Counterclaim | * <br> * <br> * |

## OPPOSITION TO NOTICE OF REMOVAL

The Defendants/Plaintiffs-in-Counterclaim, Matthew McEvoy and Leah McEvoy, through their counsel, hereby state their opposition to the Notice of Removal pursuant to 28 USC §1441(a) by Third-Party Defendant, John Zizza, recently filed with this Court on the following grounds:

    1.    This action was originally filed in the Norfolk Superior Court by the Town of Wrentham against Matthew McEvoy and Leah McEvoy. Matthew

McEvoy and Leah McEvoy flied an Answer to said Complaint and Counterclaims. None of said Counterclaims raised federal or constitutional issues and/or claims for relief under federal law conferring jurisdiction in the Federal District Court;

2. Recently, on or about December 13, 2004, pursuant to Superior Court Rule 9A, Matthew McEvoy and Leah McEvoy served on Counsel for the Town of Wrentham a Motion to Amend Their Answer to Add Additional Counterclaims and Add John Zizza as a Third-Party Defendant in said action. Said proposed Amended Answer and Counterclaim did allege civil rights violations under 42 USC §1983;

3. Said Motion to Amend however, has not yet been acted upon by the Norfolk Superior Court and, as such, leave has nott been granted to amend the Answer and Counterclaim to raise the civil rights violation. As such, there is not yet pending before any court any action involving the parties alleging a civil rights violation, which would confer jurisdiction of the Federal Court. Until said Motion is filed with the State Court and favorably acted upon by the State Court said claim for removal is premature.

WHEREFORE, Matthew McEvoy and Leah McEvoy respectfully request that this Court strike the Notice of Removal filed by Third-party Defendant, John Zizza and remand this matter back to the Norfolk Superior Court.

                                        Respectfully Submitted,
                                        MATTHEW McEVOY and
                                        LEAH McEVOY,
                                        Defendants/Plaintiffs-in-Counterclaim
                                        By Their Attorney

                                        LAW OFFICE OF
                                        DANIEL R. SEIGENBERG

   January 12, 2005
Dated:                                    Daniel R. Seigenberg, Esquire
                                        128 School Street
                                        Walpole, MA 02081
                                        (508) 668-9800
                                        BBO # 451100

## CERTIFICATE OF SERVICE

I, Daniel R. Seigenberg, Attorney for the Defendants, Matthew and Leah McEvoy, do hereby certify that I have served a copy of Defendants' Opposition to Notice of Removal, by mailing same postage, pre-paid first class mail to: John J. Cloherty, III, Esquire, Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, MA 02110-1257

    January 12, 2005
Dated:

    /s/ Daniel R. Seigenberg
Daniel R. Seigenberg, Esquire