UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF WRENTHAM,<br>    Plaintiff/Defendant-In-Counterclaim<br><br>v.<br><br>MATTHEW McEVOY and LEAH McEVOY,<br>    Defendants/Plaintiffs-In-Counterclaim<br><br>v.<br><br>JOHN ZIZZA,<br>    Third-Party Defendant | C.A. No.: 05-10042-DPW |

**PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM TOWN OF WRENTHAM'S
AND THIRD-PARTY DEFENDANT JOHN ZIZZA'S ASSENTED TO
MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now come the Plaintiff/Defendant-In-Counterclaim, Town of Wrentham, and the Third-Party Defendant, John Zizza, and hereby moves this Honorable Court to continue the initial Scheduling Conference relative to this action. As grounds for the motion, the defendant states:

1. The undersigned defense counsel has a conflict on the scheduled date and time due to a pre-existing commitment to serve as faculty at a Continuing Legal Education seminar. See Notice of Seminar (attached hereto as **Exhibit A**).

2. Notably, the fellow faculty members at this seminar include Federal Judge Lindsey and Magistrate Judge Dein of the District of Massachusetts.

3. Due to this conflict, Deputy Clerk Michelle Rynne advised the next available date for the hearing would be April 12 at 2:30 p.m., and requested that all parties agree to a continuance.

7. Attorney Daniel Seigenberg has assented to a continuance until April 12, 2005 on

behalf of the Defendants/Plaintiffs-In-Counterclaim, Matthew McEvoy and Leah McEvoy.

WHEREFORE, the Plaintiff/Defendant-In-Counterclaim, Town of Wrentham, and Third-Party Defendant, John Zizza, respectfully requests this Honorable Court continue the hearing now scheduled for March 24, 2005 to April 12, 2005 or such other time to be determined by the court.

> Respectfully submitted,
> Plaintiff/Defendant-in-Counterclaim,
> TOWN OF WRENTHAM,
> And Third-Party Defendant,
> JOHN ZIZZA,
> By their attorneys,
> **PIERCE, DAVIS & PERRITANO, LLP**
>
> _____
> John J. Cloherty III, BBO# 566522
> Ten Winthrop Square
> Boston, MA 02110
> (617) 350-0950

ASSENTED TO:
Defendants/Plaintiffs-In-Counterclaim,
MATTHEW MCEVOY AND LEAH MCEVOY,
By their attorney,

_____
Daniel R. Seigenberg, BBO #451100
Law Office of Daniel R. Seigenberg
Sharon Commerce Center
2 Commercial Street
Sharon, MA 02067
(781) 784-8800 Ext. 102

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail ~~(by hand)~~ on 3/4/05. / electronic filing
-2-

# EXHIBIT "A"

SEMINAR

# Litigating Civil Cases in the Federal Court

*Practice in the District of Massachusetts*

## Why attend?

Most civil litigators, even those who spend the bulk of their time practicing in state court, eventually find themselves in federal court. This may be by choice, or as the result of removal of a case from state court by a defendant in a diversity action. Lawyers find out quickly when they get to federal court that there are significant differences in style and substance between federal and state court practice. These differences pervade the litigation process and significantly affect motion practice, discovery, trial preparation and trial.

This course provides fundamental practice information for lawyers with little or no experience in federal court, as well as for those who may have had experience in the past but want to become familiar again with federal court practice. The expert faculty, featuring experienced litigators and members of the federal bench, provides valuable insight and practical tips to help you become an effective federal court litigator.

## Agenda

▶ Differences in Substance and Style Between Federal and State Court Practice in Massachusetts
▶ Factors to Consider When Deciding Whether to Bring a Case in Federal Court
▶ Important Procedural Differences in Practicing in Federal Court Rather than State Court
▶ Key Provisions in the Local Rules of the District Court of Massachusetts
▶ How the Key Provisions in the Local Rules Affect the Practitioner's Handling of Litigation (e.g., the importance of scheduling orders)
▶ The Impact of the Most Important Provisions of the Federal Rules of Civil Procedure on Practice
▶ Handling Motions in Federal Court
▶ Differences in Discovery and Trial Preparation in Federal Court
▶ Role of Magistrate Judges in Federal Courts
▶ "Ask the Experts" Question and Answer Session

### SEMINAR TEXT

**Federal Civil Litigation in the First Circuit**

Hon. Robert B. Collings,
Joan A. Lukey,
Hon. Michael A. Ponsor,
Max D. Stern, et al.

CONTENTS-AT-A-GLANCE

Ch. 1:   Summary Judgment and Other Threshold Dispositive Motions
Ch. 2:   Preliminary Injunctions and Temporary Restraining Orderss
Ch. 3:   Discovery
Ch. 4:   Effective Oral Argument
Ch. 5:   Sanctions
Ch. 6:   Selected Federal Evidentiary Issuess
Ch. 7:   Magistrate Judge Practice
Ch. 8:   Attorney Fees
Ch. 9:   Alternative Dispute Resolution
Ch. 10:  Civil Appellate Practice in the First Circuit
Ch. 11:  Civil Justice Reform Act
Ch. 12:  Damages Actions Under Section 1983
Ch. 13:  Rico in Federal Civil Litigation
Ch. 14:  Employment Discrimination Law
Ch. 15:  Litigating Under the Federal Tort Claims Act
Ch. 16:  Superfund in the First Circuit
Ch. 17:  Practice in the District of Massachusetts
Ch. 18:  Practice in the District of Rhode Island
Ch. 19:  Practice in the District of New Hampshire
Ch. 20:  Practice in the District of Maine
Ch. 21:  Practice in the District of Puerto Rico

*With MCLE's supplementation service, new supplements are mailed automatically with an invoice. If you do not wish to subscribe, please note on order form.*

### FACULTY

Joanne D'Alcomo, Esq., Chair
*Jager Smith, PC, Boston*
John J. Cloherty III, Esq.
*Pierce, Davis & Perritano LLP, Boston*
Hon. Judith G. Dein
*U.S. Magistrate Judge,
District of Massachusetts*
Hon. Reginald C. Lindsay
*U.S. District Court,
District of Massachusetts*
Thomas J. Sartory, Esq.
*Goulston & Storrs, PC, Boston*

### DATE AND LOCATION

Thursday, March 24, 2005
2 – 6 p.m.
MCLE Conference Center,
Ten Winter Place, via Winter Street,
Boston

### SEMINAR NO. 2005-25024-10

**TUITION** *includes written materials*
▶ MCLE Sponsor Members...... $145
▶ Pending Admittees, New Lawyers Admitted to the Bar after January 2000, Law Students, Paralegals or Legal Services Attorneys ...... $145
▶ MBA/BBA Members.......... $165
▶ All Others.................. $195

( 4 ) Substantive credits

### CAN'T ATTEND?

*Available after March 31*
Written Materials ......... $145
Audiocassettes or CD ...... $125