UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| TOWN OF WRENTHAM,<br>    Plaintiff/Defendant-In-Counterclaim<br><br>v.<br><br>MATTHEW McEVOY and LEAH McEVOY,<br>    Defendants/Plaintiffs-In-Counterclaim<br><br>v.<br><br>JOHN ZIZZA,<br>    Third-Party Defendant | C.A. No.: 05-10042-DPW |

## CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Plaintiff/Defendant-in-Counterclaim, TOWN OF WRENTHAM, and the Third-Party Defendant, JOHN ZIZZA, hereby certifies that he has conferred with the Plaintiff/Defendant-in-Counterclaim and Third-Party Defendant or their authorized representatives regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Plaintiff/Defendant-in-Counterclaim,
TOWN OF WRENTHAM,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____     _____
Steven C. Boudreau, Town Administrator     John J. Cloherty III, BBO # 566522
Town of Wrentham                            Ten Winthrop Square
                                            Boston, MA 02110
                                            (617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on _____.