UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

|  |  |
|---|---|
| TOWN OF WRENTHAM, <br>     Plaintiff/Defendant-In-Counterclaim <br><br> v. <br><br> MATTHEW McEVOY and LEAH McEVOY, <br>     Defendants/Plaintiffs-In-Counterclaim <br><br> v. <br><br> JOHN ZIZZA, <br>     Third-Party Defendant | C.A. No.: 05-10042-DPW |

**CERTIFICATE OF CLIENT CONSULTATION**
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Plaintiff/Defendant-in-Counterclaim, TOWN OF WRENTHAM, and the Third-Party Defendant, JOHN ZIZZA, hereby certifies that he has conferred with the Plaintiff/Defendant-in-Counterclaim and Third-Party Defendant or their authorized representatives regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Plaintiff/Defendant-in-Counterclaim,
TOWN OF WRENTHAM,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

John Zizza

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (hand) on _____ electronically