UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF WRENTHAM,<br>    Plaintiff/Defendant-In-Counterclaim<br><br>v.<br><br>MATTHEW McEVOY and LEAH McEVOY,<br>    Defendants/Plaintiffs-In-Counterclaim<br><br>v.<br><br>JOHN ZIZZA,<br>    Third-Party Defendant | C.A. No.: 05-10042-DPW |

### JOINT STATEMENT

Pursuant to Local Rule 16.1(D) and this Court's Notice of Scheduling Conference, the parties hereby report to the Court as follows:

I.  AGENDA FOR SCHEDULING CONFERENCE

The parties suggest the following agenda of matters to be discussed at the conference:

1. Hearing on the Defendants/Plaintiffs-in-Counterclaim's Motion to Remand;

2. The proposed scheduling plan for discovery and motions;

3. The positions of the parties regarding settlement;

II. COMPLIANCE WITH LOCAL RULE 16.1(D)

A. Discovery will end on January 12, 2006;

B. Plaintiff will disclose his expert(s) by February 12, 2006;

C. Defendant will disclose its expert(s) by March 12, 2006;

D. All Expert Depositions shall be completed by April 12, 2006;

E. Dispositive Motions:

       Dispositive Motions shall be filed by May 12, 2006

       Responses to dispositive motions will be filed by June 12, 2006

       Oral Argument on the motions will take place before July 12, 2006 or such other time as the Court deems appropriate.

F.    Pretrial Conference:

       The parties request a pretrial conference after a decision on the dispositive motions.

       The parties suggest August 12, 2006 with trial scheduled in the weeks following.

IV.   **CERTIFICATIONS:**

       Certifications required by L.R. 16.1(D)(3) are being filed separately with the court.

| | |
|---|---|
| Respectfully Submitted,<br>Plaintiff/Defendant-in-Counterclaim,<br>TOWN OF WRENTHAM,<br>And Third-Party Defendant,<br>JOHN ZIZZA,<br>By their attorneys,<br>**PIERCE, DAVIS & PERRITANO, LLP** | Defendants/Plaintiffs-in-Counterclaim,<br>MATTHEW MCEVOY AND LEAH MCEVOY,<br>By their attorney, |
| _/s/ John J. Doherty_<br>John J. Doherty III, BBO #566522<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 | _/s/ Daniel R. Seigenberg_<br>Daniel R. Seigenberg, BBO #451100<br>Law Office of Daniel R. Seigenberg<br>Sharon Commerce Center<br>2 Commercial Street<br>Sharon, MA 02067<br>(781) 874-8800 Ext. 102 |

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 4/8/05.