UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| TOWN OF WRENTHAM,<br>    Plaintiff/Defendant-In-Counterclaim<br><br>v.<br><br>MATTHEW McEVOY and LEAH McEVOY,<br>    Defendants/Plaintiffs-In-Counterclaim<br><br>v.<br><br>JOHN ZIZZA,<br>    Third-Party Defendant | C.A. No.: 05-10042-DPW |

**PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM'S
AND THIRD-PARTY DEFENDANT'S
<u>ASSENTED TO MOTION TO CHANGE TIME OF HEARING</u>**

Now come the Plaintiff/Defendant-In-Counterclaim, Town of Wrentham, and the Third-Party Defendant, John Zizza, and hereby moves this Honorable Court to change the time for the initial Scheduling Conference relative to this action. The Scheduling Conference is presently docketed to take place on Tuesday, April 12, 2005 at 2:30 p.m. As grounds for the motion, the plaintiff/defendant-in-counterclaim and third-party defendant, both represented by Attorney John J. Cloherty III, state:

    1.    Counsel John J. Cloherty III is presently on trial in the Essex Superior Court in the case entitled <u>MacWilliams v. Pentucket Regional School Dist.</u>, Essex Superior Court No. ESCV-2000-0133A. Trial began on Tuesday, April 5, 2005 and is being held from 9:00 a.m. to 1:00 p.m.

    2.    In order to allow for travel time counsel requests the Scheduling Conference in this matter be heard at 3:00 p.m. on April 12, 2005.

    3.    Attorney Daniel Seigenberg has assented to this change in time on behalf of the

Defendants/Plaintiffs-In-Counterclaim, Matthew McEvoy and Leah McEvoy.

WHEREFORE, the Plaintiff/Defendant-In-Counterclaim, Town of Wrentham, and Third-Party Defendant, John Zizza, respectfully requests this Honorable Court change the time of the Scheduling Conference to 3:00 p.m. on April 12, 2005.

> Respectfully submitted,
> Plaintiff/Defendant-In-Counterclaim,
> TOWN OF WRENTHAM,
> And Third-Party Defendant,
> JOHN ZIZZA,
> By their attorneys,
> **PIERCE, DAVIS & PERRITANO, LLP**
>
> _____
> John J. Cloherty III, BBO# 566522
> Ten Winthrop Square
> Boston, MA 02110
> (617) 350-0950

ASSENTED TO:
Defendants/Plaintiffs-In-Counterclaim,
MATTHEW MCEVOY AND LEAH MCEVOY,
By their attorney,

_____
Daniel R. Seigenberg, BBO #451100
Law Office of Daniel R. Seigenberg
Sharon Commerce Center
2 Commercial Street
Sharon, MA 02067
(781) 784-8800 Ext. 102

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand.

4/11-05   Maryann McKenna
Date