UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TOWN OF WRENTHAM,
    Plaintiff,

    v.                                        CIVIL ACTION
                                              NO. 05-10042-DPW

MATTHEW McEVOY et al
    Defendant,

**ORDER FOR REMAND**

WOODLOCK, District Judge

    At a scheduling conference held on April 12, 2005, Defendant and plaintiff-in-counterclaim, informed this Court that the motion to amend, filed in state court, would not be pressed. Accordingly, it is hereby ORDERED that the above-entitled action is REMANDED to the Massachusetts Superior Court for Norfolk County for further proceedings.

                                                BY THE COURT,

                                                /s/ Michelle Rynne

                                                Deputy Clerk

DATED: April 12, 2005