

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

**TO:**
Norfolk Superior Court
650 High Street
Dedham, MA 02026

**RE:**
CIVIL ACTION #. _____05-10042-DPW_____
CRIMINAL #. _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ by the Honorable _____.

The following documents are included in our file and transmitted herewith:

(X) Certified copy of the docket entries; 7, 8, 9, 10, 11, 12, 14, 15

( ) Certified copy of the transferral order;

(X) Original documents numbered 1, 2, 3, 4, 5, 6, 13

( ) _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH THORNTON
CLERK OF COURT

Date:   5/2/05          By: _____
                            Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 12/98)